# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **BOARD OF TRUSTEES,**<br>　**SHEET METAL WORKERS' NATIONAL**<br>　**PENSION FUND,** *et al*.<br><br>　　　　　　**Plaintiffs,**<br>v.<br><br>**KLEIN ELECTRIC ADVERTISING, INC.**<br><br>　　　　　　**Defendant.** | Case No. 1:18-CV-441-CMH-JFA |

## PLAINTIFFS' STATUS REPORT

Plaintiffs, by and through their undersigned counsel, hereby submit the following status report.

1.　On April 16, 2018, Plaintiffs filed a Complaint against Defendant Klein Electric Advertising, Inc. ("Klein") to compel Defendant's obligation to submit payroll documentation in response to an audit request and attorneys' fees and costs under Sections 502(g)(2) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), *as amended*, 29 U.S.C. §§ 1132(g)(2) and 1145 and also under Section 301 of the Labor Management Relations Act of 1947 ("LMRA"), *as amended*, 29 U.S.C. § 185.

2.　On April 17, 2018, the summons, Complaint, and related materials were served on Defendant in accordance with Rules 4(c), (e) and (h) of the Federal Rules of Civil Procedure. See Affidavit of Process Server, Docket Entry 4.

3.　Defendant failed to appear or file an answer or other responsive pleadings. The Clerk of Court entered default against Defendant on May 10, 2018. See Clerk's Entry of Default, Docket Entry 6.

4. On May 21, 2018, Klein's owner, Robert Klein, contacted the Funds, through Counsel, and indicated that Klein would submit requested documents necessary for the Funds to perform and audit.

5. On May 23, 2018, Klein provided relevant audit documents to Plaintiffs. As such, Plaintiffs did not file a Motion for Default Judgment or corresponding filings.

6. Plaintiffs reviewed the documents submitted by the Defendant. Review of the documents revealed that additional amounts were due and owing to the Funds. Accordingly, on August 7, 2018, Plaintiffs filed an Amended Complaint against Defendant. See Amended Complaint, Docket Entry 10. Defendant was served a copy of the Amended Complaint via certified mail on August 3, 2018. To date Defendant has not appeared or filed an answer or other responsive pleading to the Amended Complaint.

7. After receiving the Amended Complaint, Mr. Klein contacted the Funds, through Counsel, and indicated that Klein was interested in discussing the possibility of settlement. Subsequently, Defendant and the Funds began settlement negotiations, which are ongoing. As a result, Plaintiffs expect that within thirty days of the filing of this status report, they will be able to either dismiss this litigation or request entry of default.

Respectfully Submitted,

/s/ Jasmine V. Johnson
Jasmine V. Johnson (Va. Bar No. 90814)
Mooney, Green, Saindon, Murphy & Welch, P.C.
1920 L Street, NW, Suite 400
Washington, D.C. 20036
(202) 783-0010
(202) 783-6088 facsimile
jjohnson@mooneygreen.com
Counsel for Plaintiff Funds

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that on this 15th day of October, 2018, a true and correct copy of the foregoing PLAINTIFFS' STATUS REPORT was filed electronically with the Court and served via United States certified mail, return receipt requested, to the following address for Defendant:

Klein Electric Advertising, Inc.
304 Camars Drive
Warminster, PA 18974


                                              /s/   Jasmine V. Johnson
                                              Jasmine V. Johnson