IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **BOARD OF TRUSTEES,**<br>   **SHEET METAL WORKERS' NATIONAL**<br>   **PENSION FUND, et al.**<br><br>                              **Plaintiffs,**<br><br>v.<br><br>**KLEIN ELECTRIC ADVERTISING, INC.**<br><br>                              **Defendant.** | **Civil Action No.** 1:18-cv-00441-CMH-JFA |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and given that Defendant Klein Electric Advertising, Inc. has served neither an answer nor a motion for summary judgment, Plaintiffs Board of Trustees of the Sheet Metal Workers' National Pension Fund, et al. hereby dismiss all claims made in the above-captioned action against Defendant without prejudice.

Respectfully submitted,

          /s/ Jasmine V. Johnson
Jasmine V. Johnson, VA Bar No. 90814
Mooney, Green, Saindon, Murphy & Welch, P.C.
1920 L Street, NW, Suite 400
Washington, D.C. 20036
(202) 783-0010
(202) 783-6088 Facsimile
jjohnson@mooneygreen.com
Counsel for the Plaintiffs

Dated: November 20, 2018

## CERTIFICATE OF SERVICE

  The undersigned certifies that on this 20th day of November, 2018 a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was served on the following via U.S. Mail:

Klein Electric Advertising, Inc.
304 Camars Drive
Warminster, PA 18974

              /s/ Jasmine V. Johnson
              Jasmine V. Johnson